UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CHEROSCO L. BREWER                                        PLAINTIFF

V.                                        CIVIL ACTION NO.3:-cv-595-H

BERT DELONG, et al.                                       DEFENDANTS

## AMENDED COMPLAINT OR SUPPLEMENTAL COMPLAINT

Comes the plaintiff, Cherosco L. Brewer, pro se and hereby submit his third Amended Complaint.

## AMENDMENTS TO BE MADE PLAINTIFF WISHES
## TO AMEND PLAITIFF'S CLAIMS TO ADD CLAIMS

Plaintiff alleges that he was unlawfully searched, seized, charged, arrested falsely and maliciously prosecuted, plaintiff's name was libel and slandered through publication. Plaintiff alleged that the defendants' conduct and actions violated plaintiff's 4th Amendment right to unreasonable search and seizure under the United States Constitution.

## PLAINTIFF'S CLAIM FOR DAMAGES

Plaintiff claims that the defendants' actions and conduct violated plaintiff's 4th Amendment rights to wit:

"Unreasonable search and seizure."

## PLAINTIFF'S ADDITIONAL REQUESTED RELIEF

Plaintiff requests additional $50,000.00 from each of the above named defendants Bert Delong, Cole Gibson and Rick Hines for plaintiff's pain and suffering.

Respectfully submitted,

*Cherosco L. Brewer*

Cherosco L. Brewer, pro se
658 South 40th Street
Louisville, KY 40211
Phone (502) 594-5345

CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing AMENDED COMPLAINT was mailed on this 30th day of August 2013, to:

Hon. Kristie Alfred Daugherty
Jefferson County Attorney
531 Court Place, Ste.900
Louisville, KY 40202

*Cherosco L. Brewer*
Cherosco L. Brewer, pro se

CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing AMENDED COMPLAINT was mailed on this 30th day of August 2013, to:

Hon. Kristie Alfred Daugherty
Jefferson County Attorney
531 Court Place, Ste.900
Louisville, KY 40202

X *Cherosco L. Brewer*

NO. 12-F-009491            JEFFERSON DISTRICT COURT

301

COMMONWEALTH OF KENTUCKY            PLAINTIFF

vs.            ORDER

BREWER, CHEROSCO L.            DEFENDANT

\*\*\* \*\*\* \*\*\*

The above-styled case, having been dismissed without prejudice and because a direct submission will be requested,

IT IS HEREBY ORDERED that all property currently being held as evidence shall not be released. However, if a Grand Jury indictment is not returned within sixty (60) days from the date of entry of this order, this order shall expire.

_____
JUDGE, JEFFERSON DISTRICT COURT

DATE: 6-5-13

*Per Agreement Return $4519.00 plus the two cell phones to Cherosco Brewer. No indictment and 60 days has passed*

8-12-13

ENTERED IN COURT
DAVID L. NICHOLSON, CLERK
[AUG] 1 2 2013
DEPUTY CLERK

DF



# Louisville Metro Police Department
## Property Room - Cash Voucher

Date: 8/12/13

Time: 1446

Evidence #: 80-12-066921 / 4279491

Name: CHEROSCO BREWER

Address: 658 S. 40TH ST
LOU. KY 40211

I, _Doris Bo'_, authorize the Louisville Metro Office of Management and Budget to prepare a check for the above listed individual in the amount of $ 4519.00

_Doris Bol  Property Room Clerk_
Signature and Title

_____
Approval Signature and Title

Comments: _per court order_

I understand that I will receive a check from the Louisville Metro Office of Management and Budget for the amount listed above within 10 to 15 business days.

X _Cherosco L. Brewer_
Signature of Requesting Person

LMPD# 04-11-0500
Rev 10/11



FIFTH THIRD BANK
21-234-830

7653

| CHECK DATE | AMOUNT |
|---|---|
| 8/23/2013 | $4,519.00*** |

Check Void After 60 Days

LOUISVILLE / JEFFERSON COUNTY
METRO GOVERNMENT - LMPD PROPERTY ROOM
611 W. JEFFERSON ST. ROOM 22
LOUISVILLE, KENTUCKY 40202

PAY ONLY

FOUR THOUSAND FIVE HUNDRED NINETEEN AND 00/100 ******************* DOLLARS

CHEROSCO BREWER

AUTHORIZED SIGNATURE

⑈"007653⑈" ⑈:083002342:⑈ 7141868708⑈"