# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: February 04, 2016

Ms. Vanessa L. Armstrong
Western District of Kentucky at Louisville
601 W. Broadway
Suite 106 Gene Snyder U.S. Courthouse
Louisville, KY 40202-2249

    Re: Case No. 14-6440, *Cherosco Brewer v. Bert Delong, et al*
      Originating Case No. : 3:12-cv-00595

Dear Clerk,

 Enclosed is a copy of the mandate filed in this case.

           Sincerely yours,

           s/Amy E. Gigliotti
           Case Manager
           Direct Dial No. 513-564-7012

cc: Cherosco L. Brewer
   Mr. William Edward Messer
   Ms. Lisa A. Schweickart
   Mr. Kent Wicker

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 14-6440

_____

Filed: February 04, 2016

CHEROSCO L. BREWER

      Plaintiff - Appellant

v.

BERT DELONG; COLE GIBSON; RICK HEINE; LOUISVILLE METRO POLICE DEPARTMENT

      Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 01/12/2016 the mandate for this case hereby issues today.

COSTS: None